George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Essex Chamberlain*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Essex Chamberlain,

            Plaintiff,

v.

Equifax Information Services LLC and
Innovis Data Solutions, Inc.,

            Defendants.

Case No.: 2:25-cv-00023

**Stipulation for dismissal of Equifax Information Services LLC with prejudice.**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Essex Chamberlain and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///
///

_____
STIPULATION             - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 16, 2025.


**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Essex Chamberlain*


**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*


IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: _June 18, 2025_____